UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL WILLIAMS, pleading on his own behalf and on behalf of all other similarly situated consumers,<br><br>        Plaintiff,<br><br>   vs.<br><br>FRONTLINE ASSET STRATEGIES; VELOCITY INVESTMENTS;<br><br>        Defendant. | Case No.: 2:17-cv-03119-JD |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY'S FEES, AND REPRESENTATIVE'S AWARD

Plaintiff, Samuel Williams ("Williams") hereby moves for final approval of class settlement in the amount of $9,000; attorney's fees, costs, and disbursements in the amount of $25,000; class representative award of $3,000, and such other relief as the Court deems proper, for the reasons set forth in the accompanying memorandum of law and declaration and exhibit in support.

Dated: August 16, 2019

                                                                                Respectfully Submitted,

                                                                                /s/Daniel Zemel
                                                                                Daniel Zemel, Esq.
                                                                                Elizabeth Apostola, Esq.
                                                                                Zemel Law LLC
                                                                                1373 Broad St., Suite 203-C
                                                                                Clifton, NJ 07013
                                                                                (P) (862) 227-3106
                                                                                dz@zemellawllc.com
                                                                                ea@zemellawllc.com
                                                                                Attorneys for Plaintiff