UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL WILLIAMS, pleading on his own behalf and on behalf of all other similarly situated consumers,<br><br>    Plaintiff,<br><br>vs.<br><br>FRONTLINE ASSET STRATEGIES; VELOCITY INVESTMENTS,<br><br>    Defendants. | Case No.: 2:17-cv-03119-JD |

**FILED**
OCT 08 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

JAN E. DuBOIS, United States District Court Judge:

The Court, having considered the Parties' motion for final approval, hereby grants final approval of the Class Settlement Agreement ("Agreement") between Plaintiff, Samuel Williams ("Plaintiff"), individually, and as representative of the class of persons defined below ("Settlement Class"), and Defendants, Frontline Asset Strategies ("FAS") and Velocity Investments, LLC ("Velocity") (collectively "Defendants").

The Settlement Class is defined as follows:

> All consumers with a Pennsylvania address that have received collection letters sent by FAS on behalf of Velocity concerning debts incurred for primarily personal, household, or family purposes during a period beginning one year prior to the filing of this complaint that a) fails to provide a partial payment disclosure, b) fails to disclose that the consumer cannot be sued on the debt, and c) falsely threatens the accrual of interest.

**WHEREFORE**, with respect to final approval of the Agreement, the Court finds:

    A.    The Settlement Class is so numerous that joinder of all members is impracticable;

    B.    There are questions of law and fact common to the proposed Settlement Class;

    C.    The individual claims of Plaintiff are typical of the claims of the Settlement Class;

    D.    Plaintiff is an appropriate and adequate representative for the Settlement Class;

E.     The questions of law and fact common to the Settlement Class predominate over any questions affecting only individual members;

F.     A class action is superior to other methods for fairly and efficiently settling this controversy;

G.     After consideration of the Settlement Agreement attached as *Exhibit A* to the Motion for Preliminary Approval of Class Settlement, and the lack of any objections, the Court makes the final finding, that the proposed settlement is fair, reasonable, and adequate. The Settlement Class shall receive a pro rata share of $9,000.

**IT IS HEREBY ORDERED**:

A.     Within seven (7) days of the date of this Order, Defendants shall submit $9,000 to the Class Administrator, First Class Inc., for distribution to the Settlement Class members.

B.     The checks issued to Settlement Class members shall be void within sixty (60) days from the date of issuance.

C.     The Court approves the Pennsylvania Legal Aid Network as the *Cy Pres* award recipient. Any funds remaining from uncashed settlement checks, shall be distributed to the Pennsylvania Legal Aid Network.

D.     The Court approves the incentive award of $3,000 to the Lead Plaintiff, Samuel Williams, as an award for his services to the Settlement Class. Within seven (7) days of the date of this Order, Defendants shall submit $3,000, through Class Counsel, to Mr. Williams.

E.     The Court approves Class Counsel's Motion for Attorney's Fees and Costs totaling $25,000. Within seven (7) days of the date of this Order, Defendants shall submit $25,000 to Class Counsel.

F.  Within ninety (90) days of the date of this Order, Class Counsel shall submit a final report concerning the status of the settlement distributions.

IT IS SO ORDERED:

_____
Honorable Judge Jan E. DuBois
United States District Court

Dated: 10/8/19